JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Miguel Martinez,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Funding, LLC; Meline Grigoryan; Does 1-5,<br><br>    Defendants. | Case No. 2:19-CV-04562-R-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [26]** |

Based on the Stipulation of Dismissal agreed to and executed by the Plaintiff, Miguel Martinez, and Defendants, Midland Funding, LLC and Meline Grigoryan, and pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed, in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

DATED: December 5, 2019

/s/ Gary Klausner
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE